UMB BANK, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST VI

VERSUS

GREGORY SWAFFORD

* NO. 2023-CA-0245

* COURT OF APPEAL

* FOURTH CIRCUIT

* STATE OF LOUISIANA

*

*

* * * * * * *

*TGC*

**CHASE, J., CONCURS IN THE RESULT**